IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOFFLER ASSOCIATES, INC., | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 08-1167 |
| | : | |
| v. | : | |
| | : | |
| HARTFORD FIRE INSURANCE COMPANY, | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 29th day of July, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED as follows:

1. Hartford Insurance Company's ("Hartford") Motion for Summary Judgment (Doc. No. 27) is GRANTED IN PART AND DENIED IN PART.

2. Toffler Associates, Inc.'s ("Toffler") Cross-Motion for Summary Judgment (Doc. No. 30) is GRANTED IN PART AND DENIED IN PART.

3. Hartford had the duty to defend Toffler but did not have the duty to indemnify Toffler.

4. Hartford shall pay to Toffler the amount of $60,861.97 to cover Toffler's costs of defense. Toffler may calculate statutory interest on this amount and seek an amended judgment.

BY THE COURT:

S/ C. Darnell Jones II
J.